UNITED STATES of America,
Plaintiff–Appellee

v.

Juan SOTO–ROBLES, also known as
Johnny, Defendant–Appellant

No. 15–41221
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/17/2016

Ernest Gonzalez, Assistant U.S. Attorney, U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

Juan Soto–Robles, Pro Se.

Before DAVIS, JONES and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Soto–Robles has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Soto–Robles has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Soto–Robles's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw

is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.
* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be